UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

CHAPTER 13 PLAN – First Amended Plan

**DEBTOR(S)**  Docket Number: 13-12648

Gervasio Raposo   Soc. Sec. No.: xxx-xx-6231

## I. PLAN PAYMENT AND TERM:

Debtor(s) shall pay monthly to the Trustee the sum of **$412.00** for the term of:

\_\_\_\_\_ 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);
\_\_\_\_\_ 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);
__X__ 60 Months. 11 U.S.C. § 1322(d)(2). Debtor(s) aver the following cause:

Debtor requires a 60 month plan to cure mortgage arrears and preserve homestead.

## II. SECURED CLAIMS:

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| Bank of America | Pre-petition mortgage | $16,575.00 |
| **Total of secured claims to be paid through the Plan:** | | **$16,575.00** |

B. Claims to be paid directly by debtor(s) to creditors (Not through Plan):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Bank of America | Post-petition mortgage | $258,269.87 |
| Our Lady of Angels FCU (2000 Toyota Solara) | Post-petition automobile | $1,119.23 |
| Our Lady of Angels FCU (2002 Volkswagen Jetta) | Post-petition automobile | $3,708.00* |

*Debtor's daughter will make all installment payments.

C. Modification of Secured Claims:

| Creditor | Details of Modification | Amount of Claim To |
|---|---|---|

(Additional Details May Be Attached) <u>Be Paid Through Plan</u>

D. Lease: None

    i.) The Debtor(s) intend(s) to reject the residential/personal property lease claims of: _____

    ii.) The Debtor(s) intend(s) to assume the residential/personal property lease claims of: _____

    iii.) The Arrears under the lease to be paid under the Plan are: $ _____

## III. PRIORITY CLAIMS:

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | $0.00 |

B. Other Priority Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| City of Fall River Public Utilities | Water utility | $950.00 |
| Massachusetts DOR | Income taxes | $1,575.00 |

**Total of Priority Claims to be Paid Through Plan:** **$2,525.00**

## IV. ADMINISTRATIVE CLAIMS:

A. Attorney Fees (to be paid through the Plan): $ 2,800.00

B. Miscellaneous Fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | $0.00 |

C. The Chapter 13 Trustee's fee is determined by Order of the United State Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## V. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of .5% of their claims.

A. General unsecured claims: $ 55,300.00

B. Undersecured claims arising after lien avoidance / cram down:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| Dept. of Education | Student Loan | $7,700.00 |

**Total of Unsecured Claims: (A+B+C):** $ 63,000.00

D. Multiply total by percentage: $ 315.00
(Example: Total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|

Total amount of separately classified claims payable at ___%   $0.00

## VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund Plan: n/a

B. Miscellaneous Provisions: n/a

## VII. CALCULATION OF PLAN PAYMENT:

a. Secured claims (Section I-A total): $16,575.00

b. Priority claims (Section II-A & B total): $ 2,525.00

c. Administrative claims (Section III-A & B total): $ 2,800.00

d. Regular unsecured claims (Section IV-D total): $ 315.00

e. Separately classified unsecured claims: $ 0.00

f. Total of a + b + c + d + e above:   =   $ 22,215.00

g. Divide (f) by .90 for a total including Trustee's Fee:
\

|  |  |  |
|---|---|---|
|  | Cost of Plan = | $ 24,683.33 |

(This represents to total amount to be paid into the Chapter 13 Plan).

h. Divide (g), Cost of Plan, by the Term of Plan, 60 months = $411.39

**i. Round up to nearest dollar for Monthly Plan Payment:** $ 412.00
(Enter this amount on page 1)

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor(s) shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor(s) shall make pre-confirmation adequate protection payments directly to the secured creditor(s).

## VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| 433 Slade Street Fall River, MA | 197,500.00 | 258,269.87 |

Total Net Equity for Real Property: $ 0.00

Less Total Exemptions (Schedule C): $ 1.00

**Available Chapter 7:** $ 0.00

B. Automobile(s):

| (Describe year, make, model): | Value | Lien | Exemption |
|---|---|---|---|
| 2000 Toyota Solara | $4500.00 | $969.00 | $3675.00 |
| 2002 Volkswagen Jetta | $4500.00 | $3708.00 | $792.00 |
| 1997 Harley Davidson | $3500.00 | 0.00 | $3500.00 |
| 2004 Kawasaki Ninja | $1000.00 | 0.00 | $1000.00 |
| 1979 Fiat Spider | $1000.00 | 0.00 | $1000.00 |

Total Net Equity: $ 9823.00

Less Total Exemptions (Schedule C): $ 9823.00

**Available Chapter 7:** $ 0.00

C. All other Assets: (All remaining items on Schedule B: (Itemize as necessary)

$ 7060.00

Total Net Value:

$ 7060.00

Less Exemptions (Schedule C):

$ 0.00

**Available Chapter 7:**

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity ( A and B) plus Other Assets (C) less all claimed Exemptions: $ 0.00

E. Additional Comments regarding Liquidation Analysis: _____N/A_____

## IX. SIGNATURES

Pursuant to the Chapter 13 Rules, the debtor(s) or his/her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

/s/Robert Simonian, Esq.  
Robert S. Simonian, Esq.  
155 North Main Street  
Fall River, MA 02720  
508-678-4000  
B.B.O. Number 631817

Dated: June 4 2013

I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

/s/Gervasio Raposo

Dated: June 4 2013

## CERTIFICATE OF SERVICE

I, Robert S. Simonian, Esq., Attorney for the Debtor(s), hereby certify, under the pains and penalties of perjury, that I did serve a copy of the foregoing Chapter 13 Plan upon the following parties by delivering same by first class mail, postage prepaid and / or via the Bankruptcy Court's Electronic Filing System.

Electronic service:

    Trustee Carolyn Bankowski
    US Trustee's Office

By first class mail:

    See attached mailing list

Dated: June 4, 2013

/s/ Robert S. Simonian, Esq.
Robert S. Simonian, Esq.
Bucacci And Simonian, P.C.
155 N. Main Street
Fall River, MA 02720
508-678-4000
B.B.O. No.: 631817

Bank of America
4161 Piedmont Pkwy
Greensboro, NC 27410

Bank of America
PO Box 15222
Wilmington, DE 19886

Barclay Bank Delaware
PO Box 8803
Wilmington, DE 19899

Barclay Card
PO Box 13337
Philadelphia, PA 19101

Barclays Bank of Delaware
700 Prides Crossing
Newark, DE 19713

Capital One
PO Box 71083
Charlotte, NC 28272

Capital One
PO Box 30281
Salt Lake City, UT 84130

Capital One - Bankruptcy
6125 Lakeview Rd., # 800
Charlotte, NC 28269

Capital One Retail
PO Box 71106
Charlotte, NC 28272

Capital One Retail Services
PO Box 5893
Carol Stream, IL 60197

Chase
PO BOX 15153
Wilmington, DE 19886

Chase
800 Brooksedge Blvd.
Westerville, OH 43081

Chase
PO Box 15298
Wilmington, DE 19850

City of Fall River
Public Utilities
One Government Center
Fall River, MA 02722

Department of Education
PO Box 740283
Atlanta, GA 30353

Dept of Education/Nelnet
121 S 13th Street
Lincoln, NE 68508

Discover Financial Services LLC
PO Box 15316
Wilmington, DE 19850

Home Depot
PO BOX 182676
Columbus, OH 43218

Home Depot / Citibank
PO Box 6497
Sioux Falls, SD 57117

Home Depot Credit Services
PO Box 182676
Columbus, OH 43218

Internal Revenue Service
Insolvency Groups - Stop 20800
15 New Sudbury St.
PO Box 9112
Boston, MA 02203

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

Juniper
PO Box 13337
Philadelphia, PA 19101-3337

Macy's
9111 Duke Blvd.
Mason, OH 45040

Macy's Bankruptcy Dept.
PO Box 8053
Mason, OH 45040

Macys
PO BOX 8218
Mason, OH 45040

```
Massachusetts Dept. of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114

National Grid
PO Box 11737
Newark, NJ 07101

National Grid
ATTN.: Bankruptcy Dept.
300 Erie Blvd. West
Syracuse, NY 13202

National Grid - Bankruptcy
55 Bearfoot Rd.
Northborough, MA 01532

Our Lady of Angles FCU
1208 Dwelly St.
Fall River, MA 02724
```